**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 10–40709
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Kenneth Lewis Warlick
      dba Quality Mattress Outlet
   1779 Enon Road
   Valdese, NC 28969
   Social Security No.: xxx–xx–3705

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Robert C. Barnett is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.
- Trustee's Final Report is Approved.

Dated: December 23, 2010                                    BY THE COURT

                                                                  George R. Hodges
                                                                  United States Bankruptcy Judge

Electronically filed and signed (12/23/10)